sel were Rebecca A. Womeldorf, and Michael R. Miner.

Melvin C. Garbow, Arnold & Porter, of Washington, DC, for amicus curiae Sacramento Minicipal Utility District. Of counsel were Howard N. Cayne, Kent A. Yalowitz, and Edward H. Sisson.

Before MAYER, Chief Judge, NEWMAN, MICHEL, LOURIE, CLEVENGER, RADER, SCHALL, BRYSON, GAJARSA, LINN, and DYK, Circuit Judges.

ORDER

IT IS ORDERED THAT:

(1) This appeal, scheduled for oral argument on Wednesday, October 3, 2001, shall be heard in Courtroom 201 at 10:00 a.m.

(2) Counsel for each side shall have 30 minutes to argue their case.

(3) Counsel shall provide the clerk with the names of the arguing attorneys no later than September 10, 2001.

**Alfred L. VINSON, Jr., Petitioner,**

v.

**DEPARTMENT OF THE AIR FORCE, Respondent.**

No. 01–3182.

United States Court of Appeals, Federal Circuit.

DECIDED: July 17, 2001.

ORDER

The petitioner having failed to file an appendix required by Federal Circuit Rule 30(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.